UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

ABEL LAZO,

                              Plaintiff,

    -against-

EMPIRE MANAGEMENT AMERICA CORP. d/b/a EMPIRE MANAGEMENT, FRED OHEBSHALOM, and RYAN ELEZARI, JOINTLY AND SEVERALLY,

                              Defendants.

------------------------------------------------------------------ X

Case #: 1:17-CV-07645-ER

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated:    Astoria, NY 10031
            May 2nd, 2023

| **ZISKIN LAW FIRM, LLP** | **PARDALIS & NOHAVICKA, LLP** |
|---|---|
| By: *Richard B. Ziskin* | By: /s// *Anastasi Pardalis* |
| Richard B. Ziskin, Esq. | Anastasi Pardalis |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| 6268 Jericho Turnpike, Suite 12A | 950 3rd Ave., 11th Floor |
| Commack, NY 11725 | New York, NY 10022 |
| (631) 462-1417 | (212) 213-8511 |
| richard@ziskinlawfirm.com | Taso@pnlawyers.com |